In the Matter of the Petition of HENRY FELDMAN for Letters of Administration, etc.— Motion granted, without costs. Present — Jenks, P. J., Stapleton, Mills, Putnam and Blackmar, JJ.

PETER J. NORTON, Respondent, v. SPRINGFIELD, LONG ISLAND, CEMETERY SOCIETY, Appellant.— The motion for stay is denied, although we regard it important that the trial court consider whether the certificates are in accordance with the statute, and that the plaintiff should not recover a judgment that is enforcible to the prejudice of the mortgagees or the other certificate holders or lot owners. The Trial Term has the duty of determining whether the certificates should be reformed and in what regard; or, if that cannot be done without bringing in additional parties, the court has power to suspend the trial until such parties shall have been brought in.  Present — Jenks, P. J., Thomas, Stapleton, Putnam and Blackmar, JJ.

RAMAPO MOUNTAINS WATER, POWER AND SERVICE COMPANY, INC., v. COMMISSIONERS OF THE PALISADES INTERSTATE PARK, Appellants.  (Appeals No. 1 and 2.) — Motions denied, without costs. If any new facts have arisen since the action was begun, which the plaintiff claims, that change the legal status, they can be made the subject of the new action.  Present — Jenks, P. J., Thomas, Stapleton, Putnam and Blackmar, JJ.

TOWN OF BROOKHAVEN, Respondent, v. SAMUEL F. ROBINSON, Appellant. — Motion denied, with ten dollars costs.  Present — Jenks, P. J., Stapleton, Mills, Putnam and Blackmar, JJ.

CATHERINE BLIGH, Respondent, v. NATHAN STRAUS and Others, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion.  Present — Jenks, P. J., Thomas, Stapleton, Putnam and Blackmar, JJ.

DOMINICK BLIGH, Respondent, v. NATHAN STRAUS and Others, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Stapleton, Putnam and Blackmar, JJ.

GEORGE F. BURCHELL, Appellant, v. RICHARD W. BURCHELL and Others, Defendants, Impleaded with RICHARD W. BURCHELL and AUSTIN B. BURCHELL, as Executors, etc., Appellants, and EDGAR L. MORRISON, Respondent.— Order affirmed, with ten dollars costs and disbursements, upon the opinion of Mr. Justice Cropsey at Special Term.  (Reported in 96 Misc. Rep. 600.)  Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ., concurred.

EDISON ELECTRIC ILLUMINATING COMPANY OF BROOKLYN, Respondent, v. THOMAS O. THACHER, Appellant.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Thomas, Mills, Rich and Putnam, JJ., concurrd; Jenks, P. J., not voting.

MICHAEL KILLILEA, Respondent, v. J. PIERPONT MORGAN, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Stapleton, Mills and Rich, JJ.

OBERMEYER & LIEBMANN, Appellant, v. WILLIAM F. KENNEDY, Respondent.— Judgment affirmed, with costs. No opinion.  Jenks, P. J., Thomas, Stapleton, Putnam and Blackmar, JJ., concurred.